FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. MCAVOY, CLERK

# PENALTY SLIP

DEFENDANT NAME:  **NATHANIEL EUGENE WILLIAMS**

TOTAL NO. COUNTS: **4**

   VIO: **21 U.S.C. § 841(a)(1), (b)(1)(B)(vii) (Count 1)**
   **Manufacture of 100 or More Marijuana Plants**

 PENALTY: **CAG not less than 5 years nor more than 40 years;**
    **and/or $5,000,000 fine;**
    **not less than 4 years up to lifetime supervised release;**
    **a $100 special penalty assessment;**
    **denial of certain federal benefits (21 U.S.C. §§ 862 and 862a)**

**\*\*\*\* PENALTY IF DEFENDANT HAS ONE OR MORE PRIOR DRUG FELONY CONVICTION(S):**

PENALTY:  **CAG not less than 10 years nor more than life;**
    **and/or $8,000,000 fine;**
    **not less than 8 years up to lifetime supervised release;**
    **a $100 special penalty assessment;**
    **denial of certain federal benefits (21 U.S.C. §§ 862 and 862a)**


   VIO: **21 U.S.C. § 841(a)(1), (b)(1)(D) (Count 2)**
   **Possession with Intent to Distribute Marijuana**

 PENALTY: **CAG not more than 5 years;**
    **and/or $250,000 fine;**
    **not less than 2 years up to lifetime supervised release;**
    **a $100 special penalty assessment;**
    **denial of certain federal benefits (21 U.S.C. §§ 862 and 862a)**

**\*\*\*\* PENALTY IF DEFENDANT HAS ONE OR MORE PRIOR DRUG FELONY CONVICTION(S):**

PENALTY:  **CAG not more than 10 years up to life;**
    **and/or $500,000 fine;**
    **not less than 4 years up to lifetime supervised release;**
    **a $100 special penalty assessment;**
    **denial of certain federal benefits (21 U.S.C. §§ 862 and 862a)**

VIO: **18 U.S.C. §§ 924(c)(1)(A) (Count 3)**
**Possession of Firearms in Furtherance of Drug Trafficking**

PENALTY: **CAG not less than 5 years consecutive to any other prison term;**
**and/or $250,000 fine;**
**not more than 3 years supervised release;**
**a $100 special penalty assessment;**


VIO: **18 U.S.C. §§ 922(g)(1), 924(a)(2)  (Count 4)**
**Felon in Possession of Firearms**

PENALTY: **CAG not more than 10 years;**
**and/or $250,000 fine;**
**not more than 3 years supervised release;**
**a $100 special penalty assessment;**


VIO: **18 U.S.C. § 924, 28 U.S.C. § 2461, 21 U.S.C. § 853**
**Forfeiture Allegations**


CASE NO.    **2:18-CR-39-SMJ-1**
_____

AUSA INITIAL    DMH
_____

Penalty Slip.docx