JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 2:18-CR-00039-SMJ |
| NATHANIEL EUGENE WILLIAMS, | Motion for Detention |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves:

☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

☐ Maximum penalty of life imprisonment or death,

☒ Drug offense with maximum penalty of 10 years or more,

☐ Felony, with two prior convictions in above categories,

Motion for Detention- 1
L:\DHerzog\Cases\Williams\Motion for Detention Hearing.docx

☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

☒ Serious risk Defendant will flee, or

☐ Serious risk obstruction of justice.

2. Reason for Detention. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

☒ Defendant's appearance as required, or

☒ Safety of any other person and the community.

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☒ Drug offense with maximum penalty of 10 years or more,

☒ 18 U.S.C. § 924(c) firearms offense,

☐ Kidnapping, sexual crimes, or child pornography offenses, or.

☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4)).

Motion for Detention- 2
L:\DHerzog\Cases\Williams\Motion for Detention Hearing.docx

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. Other Matters.

☐

Dated: March 20, 2018.

                                        JOSEPH H. HARRINGTON
                                      Acting United States Attorney

                                      *s/ David M. Herzog*
                                      David M. Herzog
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

<u>s/ *David M. Herzog*</u>
David M. Herzog
Assistant United States Attorney