UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# MAGISTRATE JUDGE JOHN T. RODGERS

## 2:18-CR-0039-SMJ-1
## USA v NATHANIEL EUGENE WILLIAMS

### ARRAIGNMENT / INITIAL APPEARANCE: 3/20/18

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | David Herzog, USAtty |
| [ X ] | Melissa Orosco, Courtroom Deputy | [ X ] | Steve Roberts, Federal Defender |
| [ X ] | Stephanie Cherney, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment. "Not guilty" plea was entered. Based on the information contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant in this matter. Should the defendant decide to retain private counsel, he should do so as soon as possible. Defendant was also advised that, based on the information provided in the financial affidavit, it is possible he may be ordered to pay for a portion of his cost of defense at sentencing, if ordered.

The Government has filed a motion for detention. Defendant requested a detention hearing be held on March 23. Government in agreement. A Pretrial Services Report has been prepared. Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

**DETENTION HEARING [S/JTR]: March 23, 2018 at 1:30 p.m.**

FTR/S-740 * 1:34 - 1:46 pm
ARRAIGNMENT / INITIAL APPEARANCE: 3/20/18