# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

| USA v. NATHANIEL EUGENE WILLIAMS | Case No. 2:18-CR-0039-SMJ-1 |
|---|---|

**Defendant's Motion to Re-open Detention Hearing:** 04/13/2018

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | David Herzog, US Atty |
| | | ☒ | Colin Prince, Defense Atty |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services | | |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant's Motion to Reopen Detention Hearing was presented to the Court.
Government proffered the Pretrial Services Report as well as the Search Warrant Affidavit related to this case; and argued that there are no conditions which justify reconsidering the issues of detention or that there are no conditions which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.
Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required.
Officer Cherney addressed the Court and indicated since the warrant in Montana has been resolved, Pretrial Services is not opposed to defendant's release. Officer Cherney would suggest substance abuse testing and remain in Eastern District of Washington conditions be imposed.

**The Court ordered:**
1. Defendant's Motion to Re-open Detention (ECF No. 25) is **granted**.
2. Conditions of release imposed upon Defendant which were read to him/her in Court. Order forthcoming.
3. Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Advise Pretrial Services and attorney, in writing, prior to any change in residence or phone number
- Reside at residence approved by Pretrial Services
- Appear for all future hearings
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct

- Call attorney at least once per week
- No use or possession of narcotic drugs or other controlled substances unless have valid prescription, to include no marijuana
- Surrender passport if have one and may not apply for new one during pendency of case
- Remain in Eastern District of Washington while case is pending or to Yellowstone County, Montana for the specific purpose of addressing legal matters there
- No contact, direct or indirect, with victims or witnesses in case, to include codefendants
- Submit to UA testing as directed
- May not be employed in any business related to marijuana
- Home detention, unless receive advance permission from Pretrial Services for employment, etc.
- Electronic home monitoring