FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 3 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:18-CR-00039-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY PRETRIAL CONDITIONS |
| v. | |
| NATHAN EUGENE WILLIAMS, | **MOTION GRANTED** **(ECF No. 39)** |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to Modify Pretrial Condition. ECF No. 39. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 39 at 3.

Specifically, Defendant seeks modification of Special Condition of Release No. 28, ECF No. 29, requesting that the Court add the following language:

> For purposes of employment, Defendant may reside near his worksite during the week, while returning to his approved residence on the weekends, providing that Defendant notifies Probation of his job location and the employment-related residence.

ECF No. 39 at 2.

ORDER - 1

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 39**, is **GRANTED**. Defendant's conditions of release are modified to add as follows (in bold):

**(28)** (. . .)

**Home detention**: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment. **For purposes of employment, Defendant may reside near his worksite during the week, while returning to his approved residence on the weekends, providing that Defendant notifies Probation of his job location and the employment-related residence.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED this 23rd day of July 2018.

*s/Justin L. Quackenbush*
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE