# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO   Spokane

September 26, 2018

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2018

SEAN F. McAVOY, CLERK

Honorable John T. Rodgers
United States Magistrate Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA 99210

**RE:** WILLIAMS, Nathaniel Eugene
**Docket No.:** 2:18CR00039-SMJ-1
**Charges:** Count 1: 21 U.S.C. 21 U.S.C. § 841 841(a)(1), (b)(1)(B)(vii) – Manufacture of 100 or More Marijuana Plants; Count 2: 21 U.S.C. 21 U.S.C. § 841841(a)(1), (b)(1)(D) – Possession with Intent to Distribute Marijuana; Count 3: 18 U.S.C. § Possession of Firearms in Furtherance of Drug Trafficking; Count 4: 18 U.S.C. §§ 922(G)(1), 924 (a)(2) – Felon in Possession of Firearms
**Request to Modify Conditions of Pretrial Release Supervision**

Dear Judge Rodgers:

On March 20, 2018, Mr. Williams appeared before Your Honor for the purpose of an initial appearance. The government filed a motion for detention and a bail hearing was scheduled. Subsequently, Mr. Williams was remanded to custody pending further order of the Court.

On March 23, 2018, Mr. Williams waived his right for a detention hearing.

On April 13, 2018, Mr. Williams appeared before Your Honor for a detention review hearing. The Court released Mr. Williams under conditions of pretrial release supervision at that time.

On June 27, 2018, the undersigned officer submitted a violation report alleging Mr. Williams tested positive for the presence of marijuana and three allegations that he failed to comply with his home detention condition. The Court took no action at that time.

The purpose of this letter is to request modification of Mr. Williams' conditions of pretrial release supervision.

Currently, special condition #28 subjects Mr. Williams to home detention with the use of location monitoring equipment. Mr. Williams has maintained regular contact with the undersigned officer and is complying with the conditions of pretrial release supervision. Therefore, the undersigned officer believes home detention and location monitoring is no longer necessary to assure the safety of the community or risk of nonappearance.

The undersigned officer contacted the assistant U.S. attorney and defense counsel. Neither party objects to the removal of special condition #28.

Based on the information contained in this report, the undersigned officer respectfully recommends that special condition #28 be removed from Mr. Williams order of release (CM/ECF document # 29).

Should the Court have any further questions, please contact the undersigned officer.

                         Respectfully submitted,

                         Matthew L. Thompson
                         Chief U.S. Probation Officer

                         <u>s/Erik Carlson</u>                09/26/2018
                         Erik Carlson                        Date
                         U.S. Probation Officer

**Re: Williams, Nathaniel Eugene**
**September 26, 2018**
**Page 3**

Approved By:

s/Tommy Rosser        09/26/2018
Tommy Rosser          Date
Supervisory U.S. Probation Officer

[X]   Court orders the removal of special condition #28
[ ]   Court denies the modification request
[ ]   Other

_____
Signature of Judicial Officer

September 27, 2018
Date