

Colin Prince
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Nate Williams

UNITED STATES DISTRICT COURT
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States, | No. 18-cr-39-SMJ |
| Plaintiff, | Addendum to Sentencing Memorandum Regarding Guideline Calculations |
| v. | |
| Nathaniel Williams, | |
| Defendant. | |

Nathaniel Williams respectfully withdraws the parties' objections to Probation's sentencing calculations.

In the Presentence Report, Probation calculated that Mr. Williams falls into criminal history category III[1] with a total offense level of 19,[2] producing a guideline range of 37–46 months. That differs slightly from the parties' plea agreement, which calculated a total offense level of 17[3] and forecast a guideline range of 30–37 months.

The reason for the discrepancy: the parties recognized that the marijuana quantities relied on in the PSR are of questionable reliability.[4] But despite reliability issues, Mr. Williams acknowledges there were, indeed, additional quantities beyond that seized in the offense of conviction[5] and accepts Probation's estimate as valid.

The guidelines at sentencing should therefore be 37–46 months, as the PSR details. However, for the reasons outlined extensively in the briefing, the defense believes this sentencing should not be guideline-driven.

---

[1] PSR ¶ 63.
[2] PSR ¶ 41.
[3] PSR ¶ 133 (summarizing plea-agreement calculations).
[4] For example, the PSR counts 20 pounds of marijuana in a plastic container and 40 to 50 pounds of marijuana in trash bags in a CI-meeting with Mr. Williams in April 2017. PSR ¶ 16. But those amounts were neither seized nor weighed, and the 20-pound weight appears to be an estimate from a warrant affidavit.
[5] Counsel has spoken with Mr. Williams and confirmed his knowledge and agreement to withdraw any objection to the quantity and guideline calculation.

Addendum to Sentencing Memorandum
– 1 –

1 | Dated: March 14, 2021.

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539

## Service Certificate

I certify that on March 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify and serve Assistant United States Attorneys: David Herzog.

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
